```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────────

DONATO ROSALES MEDINA,

        Plaintiff,        19cv6681 (JGK)

  - against -                ORDER

400 WEST 23RD RESTAURANT CORP. et al.

        Defendants.

────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by April 24, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           April 16, 2020        /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge