**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**DONATO ROSALES MEDINA.**

                    **Plaintiff,**        19cv6681 (JGK)

    - against -                 <u>ORDER</u>

**400 WEST 23rd RESTAURANT CORP et al,**

                    **Defendants.**
_____

**JOHN G. KOELTL, District Judge:**

    The defendants who contend that this case should be stayed as to the individual defendants should file a motion for a stay by May 4, 2020. The plaintiff should respond by May 15, 2020. The defendants should reply by May 22, 2020.

**SO ORDERED.**
**Dated:**    **New York, New York**
           **April 27, 2020**        /s/ John G. Koeltl
                                            John G. Koeltl
                                  United States District Judge