UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONATO ROSALES MEDINA,

              Plaintiff,          19-cv-6681 (JGK)

    - against -              ORDER

400 WEST 23RD STREET RESTAURANT
CORP. ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

The parties should submit the settlement agreement for the Court's approval, including relevant information relating to any attorney's fees, including billing rates, hours, and biographies of the attorneys. The submission should be made by November 6, 2020.

SO ORDERED.

Dated:    New York, New York
          October 26, 2020

                                          John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/26/2020