# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

November 5, 2020

**VIA ECF**
Honorable John G. Koeltl, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Rosales Medina et al v. 400 West 23rd Street Restaurant Corp. et al., 1:19-cv-06681-JGK

Your Honor:

This office represents the Plaintiff in the above referenced matter. I write to request a ten-day extension of the time to submit the settlement agreement and accompanying materials. This is the first request of the kind.

Our firm has made repeated efforts to contact Plaintiff to obtain his review and execution of the settlement agreement, but, as of this time, we have not been successful. We accordingly respectfully request an extension of ten days, until November 16, to attempt to secure Plaintiff's execution of the settlement agreement and thereafter submit the agreement for the Court's approval.

On behalf of Plaintiff, I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jordan Gottheim
Jordan Gottheim
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiff

cc: Defendants' Counsel (via ECF)

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-20

*Certified as a minority-owned business in the State of New York*