UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSALES MEDINA, ET AL.,

           Plaintiffs,

  - against -

400 WEST 23RD STREET RESTAURANT CORP., ET AL.,

           Defendants.

19-cv-6681 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to enter judgment dismissing this case with prejudice in accordance with the settlement agreement. (ECF No. 37) The Court finds that the settlement is fair, reasonable, and adequate, including the provision for attorney's fees and costs.

SO ORDERED.

Dated:    New York, New York
            November 13, 2020

                                          John G. Koeltl
                                  United States District Judge