**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**ROSALES MEDINA, ET AL.,**
                Plaintiffs,

    -against-                                  19 **CIVIL** 6681 (JGK)

# JUDGMENT

**400 WEST 23RD STREET RESTAURANT CORP., ET AL.,**
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 13, 2020, the Court finds that the settlement (ECF No.37) is fair, reasonable, and adequate, including the provision for attorney's fees and costs; accordingly, this case is dismissed with prejudice.

**Dated:**  New York, New York
          November 13, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                      Clerk of Court
                                      **BY:**
                                                       Deputy Clerk